UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LE MACARON, LLC and JEAN F.
RIGOLLET,

    Plaintiffs/Counterclaim Defendants,

v.                                                 Case No: 8:16-cv-918-T-17TGW

LE MACARON DEVELOPMENT, LLC,

    Defendant/Counter-Plaintiff.

_____

## ORDER

This cause is before the Court on the Defendant/Counterclaim Plaintiff's motion to strike jury demand (Doc. 26) and response thereto (Doc. 28). The motion is based on the assertions that the Plaintiffs/Counterclaim Defendants waived their right to jury trial in this case. While the arguments are cogent, they are not in these circumstances persuasive. The parties in this case, represented by six attorneys for the Defendant/Counterclaim Plaintiffs and two for the Plaintiffs/Counterclaim Defendants, produced and submitted to the Court a Case Management Report wherein the parties clearly state that this case will proceed before a jury. (Doc. 24)  The Court entered the Case Management and Scheduling Order based on the report and set this case as a jury trial. (Doc. 25) Thereafter, the motion to strike was filed.

Having considered the motion and response and reviewed various orders by judges in this court, the Court concludes that the agreement to the Case Management Report, without any noted reservations, acts as a waiver of the objections the Defendant/Counterclaim Plaintiff may have had to designating this case as a jury trial. Allowing this type of late objections, puts the finality of the Court's orders in jeopardy.

Having found the motion should be denied on this bases, the Court has no need to address the issue of whether the waiver of a jury trial could be enforced in this case. Accordingly, it is

    **ORDERED** that motion to strike jury demand (Doc. 26) be **denied.**

    **DONE** and **ORDERED** in Chambers, in Tampa, Florida this 28th day of July, 2016.

    ELIZABETH A. KOVACHEVICH
    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties